Richard E. Donahoo, State Bar No. 186957
Sarah L. Kokonas, State Bar No. 262875
R. Chase Donahoo, State Bar No. 322191
**DONAHOO & ASSOCIATES**
440 West First Street, Suite 101
Tustin, CA 92780
Telephone: (714) 953-1010
Facsimile: (714) 953-1777
Email: rdonahoo@donahoo.com
skokonas@donahoo.com
cdonahoo@donahoo.com

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUELLEN ANDREWS,<br><br>Petitioner,<br><br>v.<br><br>NABORS COMPLETION & PRODUCTION SERVICES CO., a Delaware corporation, now known as C&J Well Services, Inc.,<br><br>Respondent. | Case No.: 2:22-cv-00883-DDP-JPR<br><br>District Judge: Dean D. Pregerson<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**JUDGMENT** |

WHEREAS, on April 2, 2015 two former employees of Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS"), Brandyn Ridgeway ("Ridgeway") and Tim Smith ("Smith"), filed a putative class action alleging, among other things, claims under Labor Code §1194(a) and 1771 for failure to pay the minimum prevailing wage and overtime, under Labor Code §226(e) for failure to provide accurate itemized wage statements under Labor Code

§226(a), and for related interest and penalties, as well as attorneys' fees and costs, (CACD Case No. 2:15−cv−03436−DDP−VBKx; "Ridgeway class action");

WHEREAS, on June 29, 2015, NABORS brought a motion to compel arbitration of Ridgeway and Smith's individual claims pursuant to 9 U.SC. §2, the Federal Arbitration Act ("FAA") and a written arbitration agreement that included a class action waiver;

WHEREAS, on October 13, 2015, this Court denied NABORS' motion to compel arbitration, finding the arbitration agreement unenforceable;

WHEREAS, NABORS timely appealed the denial of its motion to compel arbitration;

WHEREAS, on February 13, 2018, the Ninth Circuit Court of Appeal issued a Memorandum which reversed the Court's order denying the motion and remanded with instructions;

WHEREAS, on March 30, 2018, Petitioner Quellen Andrews ("Andrews"), a putative class member in the Ridgeway class action, commenced an individual arbitration at JAMS;

WHEREAS Andrews' individual claims were adjudicated by JAMS Arbitrator Hon. Rosalyn Chapman (Ret.) resulting in an Interim Award issued November 15, 2021 and a Final Arbitration Award issued January 27, 2022, in favor of Andrews;

WHEREAS, on February 8, 2022, Andrews filed the instant Petition to Confirm Final Arbitration Award, For Further Attorneys' Fees and Costs, and to Enter Judgment Against Nabors; Nabors appeared, filed an answer and filed a crossclaim to vacate the Final Award;

WHEREAS, on July 15, 2022, the Court granted Andrews's motion and confirmed the Final JAMS Arbitration Award issued by Arbitrator Hon. Rosalyn M. Chapman (Ret.) on January 27, 2022, in the Arbitration JAMS Case No. 1220058942 and denied NABORS' request to vacate the award.

THEREFORE, IT IS ADJUDGED THAT:

Petitioner QUELLEN ANDREWS shall recover against Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS") in the following amounts:

$91,414.36 in unpaid wages, $77,709.82 in statutory interest through August 10, 2021, and continuing at $25.05 per day, $15,172.94 in waiting time penalties under California Labor Code Section 203(a), $4,000 in penalties for wage statement violations under California Labor Code Section 226(e), $289,739 in attorneys' fees, and $3,932.64 in costs as awarded by the Arbitrator; and,

Additional post-arbitration attorneys' fees in the amount of $5,940 and for costs in the amount of $400.

DATED: July 18, 2022

_____
UNITED STATES DISTRICT COURT JUDGE